```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
SERGIO MARTINEZ GALINDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No. CR F 03-5373 OWW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs | FOR RESETTING HEARING ON REPORT OF PROBATION OFFICER |
| SERGIO MARTINEZ GALINDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows:

    Formal objections to be filed with the Court and served on Probation and AUSA: from 7/5/05 to 7/11/05;

    RPO and Sentencing: from 7/11/05 to 8/2/05;

The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B).

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

DATED: June 30, 2005			Respectfully submitted,


						/s/James R. Homola
						JAMES R. HOMOLA
						Attorney for Defendant
						Sergio Galindo Martinez


June 29, 2005				/s/ Virna Santos
						By permission
						VIRNA L. SANTOS
						Assistant U.S. Attorney


						* * * * *


						**ORDER**

**IT IS SO ORDERED.**

Dated:    **July 7, 2005**		/s/ OLIVER W. WANGER
						Honorable OLIVER W. WANGER
						United States District Court Judge
						Eastern District of California

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111